## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**Civil No. 1:12-CV-882
(GTS/RFT)**

**$15,100.00 in U.S. Currency**

**Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT IN A CIVIL CASE

**WHEREAS,** by virtue of the Order Directing Entry of an Uncontested Judgment of Forfeiture which was filed with the United States District Court Clerk's Office for the Northern District of New York on _____8/20/12_____, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the defendant currency is hereby forfeited to the United States of America to be disposed of in accordance with law.

_____8/20/12_____
Date

_____
Clerk

_____
(By) Deputy Clerk